

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00418-CV

**IN THE INTEREST OF A.S.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00002
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED October 22, 2014.

Catherine Stone, Chief Justice